UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK F. ALEXANDER,<br>   Plaintiff,<br><br>-v-<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br>   Defendant. | No. 1:12-cv-587<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having denied Plaintiff Mark Alexander's motion for judgment on the pleadings, and having affirmed the plan administrator's decision to deny Alexander's claim for disability benefits under the Employee Retirement Income Security Act, there being no remaining claims in this action, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 24, 2013        /s/ Paul L. Maloney
                           Paul L. Maloney
                           Chief United States District Judge